# I IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARENCE POWELL, ) | |
| ) | Case No. 1:16-cv-01452-JES-JEH |
| Plaintiff, ) | |
| ) | Honorable Judge James Shadid |
| v. ) | |
| ) | Magistrate Judge Jonathan Hawley |
| ) | |
| ILLINOIS DEPARTMENT OF CORRECTIONS, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO WITHDRAW

Attorney Hanan Van Dril ("Van Dril") respectfully moves this Court for an order granting her leave to withdraw as attorney for plaintiff Clarence Powell ("plaintiff") in this matter. In support of this motion, Van Dril states as follows:

1. Van Dril is terminating her employment with the Law Offices of Al Hofeld Jr. ("Hofeld") as of tomorrow, Friday April 28, 2017, in order to begin a new job at a different firm. Van Dril will enter employment at her new firm on Monday, May 1, 2017.

2. As a result, Van Dril cannot continue to represent plaintiff.

3. Plaintiff will still be represented by other counsel in this case, namely, Hofeld's principal, Al Hofeld Jr.

4. The granting of this motion will not cause any delay in the trial of the case and will not otherwise be inequitable. No party will be prejudiced by the granting of this motion.

WHEREFORE, Van Dril requests that this Court enter an Order (1) granting her leave to withdraw as the attorney for plaintiff in this action; and (2) granting any other or further relief that the Court deems just.

Respectfully submitted,

/s/ Hanan Van Dril
Hanan E. Van Dril

**NOTICE OF FILING AND CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Hanan Van Dril, attorney for plaintiff, hereby certify that on April 27, 2017, filing and service of the foregoing **MOTION TO WITHDRAW,** was accomplished pursuant to ECF as to Filing Users, and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

Respectfully submitted,

/s/ Hanan Van Dril
Hanan E. Van Dril

Al Hofeld, Jr.
Hanan E. Van Dril
LAW OFFICES OF AL HOFELD, JR., LLC
1525 East 53rd Street, Suite 832
Chicago, Illinois  60615
(773) 241-5844
(773) 241-5845 (FAX)